IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | C.A. No. 17-283-MSG |
| CLOUDFLARE, INC., | )<br>) | **DEMAND FOR JURY TRIAL** |
| Defendant. | )<br>) | |

## CLOUDFLARE'S MOTION FOR JUDGMENT ON THE PLEADINGS
## UNDER 35 U.S.C. § 101

Cloudflare moves for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) and 35 U.S.C. § 101. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

|  |  |
|---|---|
|  | */s/ Jeffrey T. Castellano* |
| OF COUNSEL: | Jeffrey T. Castellano (No. 4837) |
| Steven Callahan | Andrew E. Russell (No. 5382) |
| Anthony M. Garza | SHAW KELLER LLP |
| Grayson Cassada | I.M. Pei Building |
| CHARHON CALLAHAN ROBSON | 1105 North Market Street, 12th Floor |
| & GARZA, PLLC | Wilmington, DE 19801 |
| 3333 Lee Parkway, Suite 460 | (302) 298-0700 |
| Dallas, TX 75219 | jcastellano@shawkeller.com |
| (469) 587-7242 | arussell@shawkeller.com |
|  | *Attorneys for Defendant Cloudeflare, Inc.* |
| Dated: September 18, 2017 |  |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUDFLARE, INC.,<br><br>    Defendant. | C.A. No. 17-283-MSG<br><br>**DEMAND FOR JURY TRIAL** |

### [PROPOSED] ORDER GRANTING CLOUDFLARE'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101

Before the Court is Cloudflare's Motion for Judgment on the Pleadings under 35 U.S.C. § 101. After careful consideration, the Motion is **GRANTED**. The Court **GRANTS** judgment for Cloudflare that U.S. Patent No. 6,453,335 is invalid for failure to satisfy 35 U.S.C. § 101. Blackbird's patent-infringement claims against Cloudflare are **DISMISSED WITH PREJUDICE.**

_____
United States District Court Judge

1