IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BLACKBIRD TECH LLC d/b/a** <br> **BLACKBIRD TECHNOLOGIES,** <br> Plaintiff, <br> v. <br> **CLOUDFLARE, INC.,** <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br><br> **NO. 17-283** |
| **BLACKBIRD TECH LLC d/b/a** <br> **BLACKBIRD TECHNOLOGIES,** <br> Plaintiff, <br> v. <br> **FASTLY, INC.,** <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br><br> **NO. 17-284** |

**ORDER**

**AND NOW,** this 11th day of October, 2017, upon consideration of Defendant Cloudflare, Inc.'s Motion to Transfer Venue (Civ. A. No. 17-283, Doc. No. 20), Defendant Fastly, Inc.'s Joinder of and Motion in Support of Cloudflare's Motion to Transfer Venue (Civ. A. No. 17-284, Doc. No. 16), Plaintiff Blackbird Tech LLC's Response (Civ. A. No. 17-283, Doc. No. 28), Cloudflare's Reply Brief (Civ. A. No. 17-283, Doc. No. 31), Fastly's Reply in Support of Motion to Transfer Venue (Civ. A. No. 17-284, Doc. No. 20), and Plaintiff's Statement in Response to Fastly's Statement (Civ. A. No. 17-284, Doc. No. 23), and following oral argument on September 20, 2017, it is hereby **ORDERED** that the Motions are

**GRANTED**. The Clerk of Court is directed to **TRANSFER** the above-captioned cases, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Northern District of California.

                                           **BY THE COURT:**

                                           **/s/ Mitchell S. Goldberg**
                                           _____
                                           **MITCHELL S. GOLDBERG, J.**