UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBIRD TECH LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CLOUDFLARE, INC.,<br><br>        Defendant. | Case No. 17-cv-06112-VC<br><br>**ORDER DENYING APPLICATIONS TO PROCEED PRO HAC VICE**<br><br>Re: Dkt. Nos. 54, 57 |

        The applications for admission pro hac vice, docket numbers 54 and 57, are denied. Counsel must refile the applications no later than December 31, 2017, and the applications must identify local counsel that has been retained. A second filing fee is not required with the renewed applications.

        **IT IS SO ORDERED.**

Dated: December 1, 2017

_____
VINCE CHHABRIA
United States District Judge