Hannah L. Cannom (SBN 245635)
hcannom@wscylaw.com
Bethany M. Stevens (SBN 245672)
bstevens@wscylaw.com
WALKER STEVENS CANNOM YANG LLP
500 Molino Street #118
Los Angeles, CA 90013
Telephone:   (213) 337-4551
Facsimile:   (213) 403-4906
*Counsel for Plaintiff Blackbird Tech LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>            Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC.<br><br>            Defendant. | CASE NO. 17-CV-06112-VC<br><br>**DECLARATION OF DAVID GERASIMOW IN SUPPORT OF BLACKBIRD TECHNOLOGIES' OPPOSITION TO CLOUDFLARE'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 37)**<br><br>Hearing Date: 10:00am, January 11, 2018 |

DECLARATION OF DAVID GERASIMOW IN SUPPORT OF BLACKBIRD TECHNOLOGIES' OPPOSITION TO CLOUDFLARE'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 37)

I, David Gerasimow, declare as follows:

1. I am Senior Litigation Counsel for Blackbird Technologies, and am counsel of record in the above-captioned action.

2. Attached as **Exhibit A** is a true and correct copy of a December 15, 2017, email exchange between myself and Anthony Garza, counsel for Defendant Cloudflare, Inc.

3. Attached as **Exhibit B** a side-by-side comparison of Claim 1 in Cloudflare's U.S. Patent App. No. 12/939,926 (now U.S. Patent No. 9,634,993) to Claim 1 in Blackbird Technologies' U.S. Patent No. 6,453,335, prepared by counsel for Plaintiff Blackbird Technologies.

4. Attached as **Exhibit C** is a true and correct copy of an amendment dated June 15, 2015, submitted by Defendant Cloudflare, Inc. in connection with its prosecution of U.S. Patent App. No. 12/939,926 before the U.S. Patent & Trademark Office, retrieved from Public PAIR, the USPTO's public records system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 22, 2017.

_/s/ David A. Gerasimow_
David A. Gerasimow