# Exhibit A

**Subject:** Re: Blackbird Tech LLC v. Cloudflare, Inc., Case No. 3:17-cv-06112-VC

**Date:** Friday, December 15, 2017 at 2:54:51 PM Central Standard Time

**From:** David Gerasimow

**To:** Anthony Garza, Steven Callahan, Grayson Cassada, msavee@polsinelli.com

**CC:** Wendy Verlander, Chris Freeman, Bethany Stevens

It works.  I'll send an invite.

David Gerasimow
**BLACKBIRD TECHNOLOGIES**
One Boston Place, Suite 2600
Boston, MA 02108
www.blackbird-tech.com
dgerasimow@blackbird-tech.com
617.307.7135

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**From:** Anthony Garza <agarza@ccrglaw.com>
**Date:** Friday, December 15, 2017 at 2:53 PM
**To:** David Gerasimow <dgerasimow@blackbird-tech.com>, Steven Callahan <scallahan@ccrglaw.com>, Grayson Cassada <gcassada@ccrglaw.com>, "msavee@polsinelli.com" <msavee@polsinelli.com>
**Cc:** Wendy Verlander <wverlander@blackbird-tech.com>, Chris Freeman <cfreeman@blackbird-tech.com>, Bethany Stevens <bstevens@wscylaw.com>
**Subject:** RE: Blackbird Tech LLC v. Cloudflare, Inc., Case No. 3:17-cv-06112-VC

How does 10aCT work?

Anthony M. Garza
Charhon Callahan Robson & Garza
(469) 587-7242

---

**From:** David Gerasimow [mailto:dgerasimow@blackbird-tech.com]
**Sent:** Friday, December 15, 2017 2:50 PM
**To:** Anthony Garza <agarza@ccrglaw.com>; Steven Callahan <scallahan@ccrglaw.com>; Grayson Cassada <gcassada@ccrglaw.com>; msavee@polsinelli.com
**Cc:** Wendy Verlander <wverlander@blackbird-tech.com>; Chris Freeman <cfreeman@blackbird-tech.com>; Bethany Stevens <bstevens@wscylaw.com>
**Subject:** Re: Blackbird Tech LLC v. Cloudflare, Inc., Case No. 3:17-cv-06112-VC

Anthony --

What's your availability on Monday to meet and confer?

-- Dave

David Gerasimow
**BLACKBIRD TECHNOLOGIES**
One Boston Place, Suite 2600
Boston, MA 02108
www.blackbird-tech.com
dgerasimow@blackbird-tech.com
617.307.7135

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**From:** Anthony Garza <agarza@ccrglaw.com>
**Date:** Friday, December 15, 2017 at 11:23 AM
**To:** David Gerasimow <dgerasimow@blackbird-tech.com>, Steven Callahan <scallahan@ccrglaw.com>, Grayson Cassada <gcassada@ccrglaw.com>, "msavee@polsinelli.com" <msavee@polsinelli.com>
**Cc:** Wendy Verlander <wverlander@blackbird-tech.com>, Chris Freeman <cfreeman@blackbird-tech.com>, Bethany Stevens <bstevens@wscylaw.com>
**Subject:** RE: Blackbird Tech LLC v. Cloudflare, Inc., Case No. 3:17-cv-06112-VC

David-

We disagree. Although we reference Fastly's brief in our opening brief, Cloudflare filed a stand-alone motion, not a joinder. I've attached the motion. We do not intend to withdraw the motion.

Anthony M. Garza
Charhon Callahan Robson & Garza
(469) 587-7242

---

**From:** David Gerasimow [mailto:dgerasimow@blackbird-tech.com]
**Sent:** Friday, December 15, 2017 11:18 AM
**To:** Steven Callahan <scallahan@ccrglaw.com>; Anthony Garza <agarza@ccrglaw.com>; Grayson Cassada <gcassada@ccrglaw.com>; msavee@polsinelli.com
**Cc:** Wendy Verlander <wverlander@blackbird-tech.com>; Chris Freeman <cfreeman@blackbird-tech.com>; Bethany Stevens <bstevens@wscylaw.com>
**Subject:** Blackbird Tech LLC v. Cloudflare, Inc., Case No. 3:17-cv-06112-VC

Steve & Anthony --

I write to notify Cloudflare that Blackbird and Fastly have resolved the litigation between them, and that we anticipate filing a stipulation of dismissal in that action later today.  As you know, Cloudflare's motion for judgment on the pleadings (-06112, Dkt. No. 37) is not a stand-alone motion and rather a joinder of Fastly's motion (-06115, Dkt. No. 26).  With the impending dismissal of Fastly, Cloudflare's joinder is not properly before the Court.  We therefore anticipate that Cloudflare will seek to withdraw its current joinder.

Thank you.

-- Dave

David Gerasimow
**BLACKBIRD TECHNOLOGIES**
One Boston Place, Suite 2600
Boston, MA 02108
www.blackbird-tech.com
dgerasimow@blackbird-tech.com
617.307.7135

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.