# Exhibit B

**Side-by-Side Comparison of Claim 1 in Cloudflare's U.S. Patent App. No. 12/939,926 to
Claim 1 in Blackbird Technologies' U.S. Patent No. 6,453,335**

| Claim 1 in Cloudflare's U.S. Patent App. No. 12/939,926 | Claim 1 in Blackbird Technologies' U.S. Patent No. 6,453,335 |
|---|---|
| A method in a proxy server to modify Internet responses, comprising: | A method for providing an internet third party data channel, said third party data channel being established within an existing data channel between an internet server and an internet client, said third party data channel connecting a data source distinct from said internet server to said internet client, said method including the steps of: |
| receiving, at the proxy server from a client device, a request for a network resource that is hosted on an origin server for a domain, wherein the request is received at the proxy server as a result of a DNS (Domain Name System) request for the domain returning an IP address of the proxy server instead of an IP address of the origin server, and wherein the origin server is one of a plurality of origin servers that belong to different domains that resolve to the proxy server and are owned by different entities; | |
| retrieving, by the proxy server, the requested network resource; | a) using a processing device distinct from said internet server for monitoring said existing data channel for a data communication having a predetermined property, said data communication having an intended recipient of one of said internet server and said internet client, |
| determining, by the proxy server, that the requested network resource is an HTML (HyperText Markup Language) page; | |
| scanning, by the proxy server, the HTML page to locate one or more modification tokens, wherein each modification token indicates content that is subject to being modified; | b) upon detection of said data communication, performing: |
| for at least one located modification token, automatically modifying, by the proxy server, at least a portion of the content of the HTML page that corresponds to the that modification token; and | b1) the step of accessing said data source to obtain third party data,<br><br>b2) a step selected from the group consisting of the step of modifying said data communication in response to said third party data and the step of replacing said data communication in response to said third party data to obtain a resultant data communication, and |
| transmitting, by the proxy server, the modified HTML page to the client device. | b3) the step of sending said resultant data communication to said intended recipient. |

Source: Gerasimow Decl., Ex C, p. 2

Source: '335 patent, claim 1 (8:55-9:9)