Hannah L. Cannom (SBN 245635)
hcannom@wscylaw.com
Bethany M. Stevens (SBN 245672)
bstevens@wscylaw.com
WALKER STEVENS CANNOM YANG LLP
500 Molino Street #118
Los Angeles, CA 90013
Telephone:    (213) 337-4551
Facsimile:    (213) 403-4906
*Counsel for Plaintiff Blackbird Tech LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>            Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC.<br><br>            Defendant. | CASE NO. 17-CV-06112-VC<br><br>**BLACKBIRD TECHNOLOGIES' STATEMENT OF RECENT DECISION RE: CLOUDFLARE'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101 (ECF NO. 37)**<br><br>Hearing Date: 10:00am, February 8, 2018 |

Pursuant to Civil L.R. 7-3(d)(2), Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies submits this Statement of Recent Decision identifying the Federal Circuit's January 25, 2018, decision in *Core Wireless Licensing S.A.R.L. v. LG Electronics, Inc.*, --- F.3d. ----, 2018 WL 542672, at *3-4 (Fed. Cir. Jan. 25, 2018). Plaintiff believes this recent authority is relevant to the Court's consideration of Defendant Cloudflare, Inc.'s Motion for Judgment on the Pleadings under 35 U.S.C. § 101 (ECF No. 37). A copy of the slip opinion is attached as Exhibit A.  *See* pp. 6-10.

Dated this 2nd day of February, 2018        WALKER STEVENS CANNOM YANG LLP

                                                                       */s/ Bethany M. Stevens*
                                                                           Bethany M. Stevens

                                                       *Counsel for Plaintiff Blackbird Tech LLC*