NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BLACKBIRD TECH LLC, DBA BLACKBIRD TECHNOLOGIES,**
*Plaintiff-Appellant*

v.

**CLOUDFLARE, INC.,**
*Defendant-Appellee*

_____

2018-1644

_____

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-06112-VC, Judge Vince Chhabria.

-------------------------------------------------------------

**BLACKBIRD TECH LLC, DBA BLACKBIRD TECHNOLOGIES,**
*Plaintiff-Appellant*

v.

**INCAPSULA, INC.,**
*Defendant-Appellee*

_____

2018-1648

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-06883-VC, Judge Vince Chhabria.

## JUDGMENT

WALTER D. DAVIS, JR., Davidson Berquist Jackson & Gowdy, LLP, McLean, VA, argued for plaintiff-appellant. Also represented by STAMATIOS STAMOULIS, Stamoulis & Weinblatt LLC, Wilmington, DE; WENDY VERLANDER, Blackbird Tech LLC d/b/a Blackbird Technologies, Boston, MA.

ANTHONY MATTHEW GARZA, Charhon Callahan Robson & Garza, P.C., Dallas, TX, argued for defendants-appellees. Defendant-appellee CloudFlare, Inc. also represented by STEVEN CHASE CALLAHAN.

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, for defendant-appellee Incapsula, Inc.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>February 13, 2019</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |