# United States Court of Appeals for the Federal Circuit

---

**BLACKBIRD TECH LLC, DBA BLACKBIRD TECHNOLOGIES,**
*Plaintiff - Appellant*

v.

**CLOUDFLARE, INC.,**
*Defendant - Appellee*

---

2018-1644

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-06112-VC, Judge Vince Chhabria.

-------------------------------------------------------------

**BLACKBIRD TECH LLC, DBA BLACKBIRD TECHNOLOGIES,**
*Plaintiff - Appellant*

v.

**INCAPSULA, INC.,**
*Defendant - Appellee*

---

2018-1648

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-06883-VC, Judge Vince Chhabria.

---

## MANDATE

---

In accordance with the judgment of this Court, entered February 13, 2019, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee CloudFlare, Inc., in the amount of $325.38 and taxed against the appellant Blackbird Tech LLC.

FOR THE COURT

March 22, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court